# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PNC BANK, NATIONAL ASSOCIATION,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO: _____ ) |
| **R. DWAYNE JEFFREYS,** | ) ) |
| Defendant. | ) ) |

## COMPLAINT

COMES NOW Plaintiff PNC Bank, National Association, as successor in interest by merger to RBC Bank (USA), successor in interest by merger to First American Bank ("PNC" or "Lender"), and for its Complaint against Defendant R. Dwayne Jeffreys ("Borrower") states as follows:

## PARTIES

1. PNC is a national banking association with its main office and principal place of business in Pittsburgh, Pennsylvania. Thus, PNC is a citizen of the State of Pennsylvania for purposes of diversity jurisdiction.

2. Upon information and belief, Borrower is an Alabama resident residing in Jefferson County, Alabama. Thus, Borrower is a citizen of Alabama for purposes of diversity jurisdiction.

## VENUE AND JURISDICTION

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a). Venue is proper in this Court by virtue of 28 U.S.C. 1391(b)(1).

## FACTUAL BACKGROUND

4.  On or about November 30, 2007, Lender made a loan[1] (the "Loan") to Borrower.  The Loan is evidenced by that certain Promissory Note dated November 30, 2007, in the original principal amount of $1,500,000.00, executed by Borrower in favor of Lender, as modified by that certain Change in Terms Agreement dated September 30, 2008, in the reduced principal balance of $1,250,000.00, as amended by a letter of extension from PNC, dated November 18, 2009, and as modified by that certain Change in Terms Agreement dated March 25, 2010, in the reduced principal balance of $1,200,000.00 (as amended and modified, the "Note").  A true and correct copy of the Note is attached hereto as **Exhibit A**.

5.  The Loan is secured by, among other things, a Mortgage, executed by Borrower in favor of Lender, dated November 30, 2007, and recorded in the Office

---

[1] First American Bank ("FAB") originally made the Loan to Borrower. On or about June 20, 2008, RBC Bank (USA) ("RBC") and FAB merged, and RBC was the surviving entity. Therefore, RBC became the owner and holder of the Loan Documents (as defined herein) at that time.  On or about March 2, 2012, PNC and RBC merged, and PNC was the surviving entity. Therefore, PNC became the owner and holder of the Loan Documents (as defined herein) at that time.

of the Judge of Probate of Jefferson County, Alabama, at Book LR200717, Page 26262 (the "Mortgage"), granting Lender a mortgage on certain real property located in Jefferson County, Alabama, as more particularly described therein (the "Property").  A true and correct copy of the Mortgage is attached hereto as **Exhibit B**.

6. Additionally, on or about January 7, 2011, Borrower and Lender executed that certain Forbearance and Modification Agreement (the "Forbearance Agreement") whereby Lender agreed to forbear from exercising its rights and remedies under the Note and the Mortgage for a limited period of time. A true and correct copy of the Forbearance Agreement is attached hereto as **Exhibit C**.

7. The Note, the Mortgage, the Forbearance Agreement and all other documents evidencing, describing, securing or relating to the Loan are hereinafter referred to as the "Loan Documents."

8. The Loan matured by the express terms of the Loan Documents on December 20, 2011 (the "Maturity Date").

9. Borrower has defaulted on the Loan by, among other things, failing to satisfy the obligations under the Loan Documents in full prior to the Maturity Date (the "Default").

10. By letter dated April 22, 2014 (the "First Demand Letter"), Lender notified Borrower of the Default and demanded that Borrower comply with his

obligations under the Loan Documents.  By letter dated April 14, 2017 (the "Second Demand Letter", together with the First Demand Letter, the "Demand Letters"), Lender again notified Borrower of the Default and demanded payment in full of the amounts owed under the Loan Documents.  True and correct copies of the Demand Letters are attached collectively hereto as **Exhibit D**.

11.  As of the date hereof, the total amount due under the Loan is $1,341,226.79 (the "Indebtedness"), which is comprised of $1,198,795.47 in principal, $135,647.61 in accrued interest, and $6,783.71 in late fees and other charges.  Interest, fees, and other charges continue to accrue on the Indebtedness.

12.  Additionally, pursuant to the Loan Documents, Borrower is liable for the costs and expenses incurred by Lender in connection with Borrower's obligations under the Loan Documents including, without limitation, attorneys' fees and other costs of collection and/or enforcing the Loan Documents, and costs of insuring, protecting, maintaining or disposing of the Property (together with the Indebtedness, the "Obligations").

## COUNT I
**Breach of Contract (Borrower)**

13.  Lender adopts and incorporates by reference each of the allegations of the forgoing paragraphs of the Complaint as if fully set forth herein.

14. The Loan Documents are valid and enforceable contracts, and Lender has satisfied all conditions precedent to Lender's enforcement of same.

15. Pursuant to the terms of the Loan Documents, Borrower is liable to Lender for payment of the Obligations owed to Lender, and in no way is such liability conditioned upon, or limited by, *inter alia*, (i) any attempt to collect from any other person(s), (ii) the exercise of any other rights, powers or remedies Lender may have against Borrower and/or any other person(s), or (iii) the resort to any collateral.

16. Despite demand, Borrower has failed to make payment in full of the Obligations to Lender.

17. The failure of Borrower to pay the Obligations constitutes a breach of the Loan Documents and, as a result, Lender is entitled to recovery of the Obligations from Borrower on account of such breach.

WHEREFORE, PREMISES CONSIDERED, Lender respectfully requests the Court to enter a judgment against Borrower for the total amount of the Obligations, plus interest, costs, attorneys' fees and such other and further relief, at law or equity, to which Lender may be entitled.

Respectfully submitted this 13th day of June, 2017.

/s/*Andrew J. Shaver*
Andrew J. Shaver
*One of the Attorneys for Plaintiff PNC Bank, National Association*

**OF COUNSEL:**

J. Leland Murphree (ASB-1857-O63M)
Andrew J. Shaver (ASB-1729-E69R)
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
Email: lmurphree@maynardcooper.com
       ashaver@maynardcooper.com

**TO BE SERVED VIA CERTIFIED MAIL:**

R. Dwayne Jeffreys
4958 Keenland Drive
Gardendale, AL 35071-2627